## CARTER *v.* MOSES.

(April Term, 1864.)

CROSS ERRORS *not necessary*, on an appeal from a decree in chancery, in order to bring the whole case before the court.

THIS was an appeal from a decree rendered in a suit in chancery in the Superior Court of Chicago.

Mr. GEO. HUBERT, on the part of the appellee, asked leave to assign cross errors.

Per CURIAM: Where an appeal is taken from a decree in chancery, it is not necessary, in order to bring the whole case before the court, that cross errors should be assigned.

In such case this court will look into the whole record, and consider it upon its merits, without the assignment of cross errors.

*Leave denied.*